IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

      Plaintiff,                      No. CIV S-12-0554 GGH (PC)

     vs.

LT. MARSH, et al.

      Defendants.

_____/        <u>ORDER</u>

         By an order filed March 21, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

         Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

///

///

1

1  Plaintiff has consented to this court's jurisdiction (Docket No. 4).  Accordingly, it
2 is hereby ordered that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R.
3 Civ. P. 41(b).
4 DATED: May 3, 2012

<pre>                               /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE
</pre>

ggh:rb
bake0554.fusm.nca